812

JOAN WILLIAMS, TRUSTEE (RUTH ARMSTRONG FAMILY TRUST) *v.* CHARLES BREYER

The defendant's petition for certification for appeal from the Appellate Court, 21 Conn. App. 380, is denied.

*Paul M. Geraghty,* in support of the petition.

*Kerin Margaret Woods,* in opposition.

Decided June 7, 1990

LAN, INC., ET AL. *v.* WILLIAM P. GELINAS

The defendant's petition for certification for appeal from the Appellate Court, 21 Conn. App. 809, is denied.

*Paul S. Levin,* in support of the petition.

Decided June 7, 1990

WALTER BATORY *v.* STANLEY BAJOR

The plaintiff's petition for certification for appeal from the Appellate Court, 22 Conn. App. 4, is denied.

*Kenneth A. Votre,* in support of the petition.

*Bruce L. Levin,* in opposition.

Decided June 7, 1990

MARY ELLEN GUINAN *v.* DIRECT MARKETING ASSOCIATION, INC., ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 21 Conn. App. 63, is granted and the case is remanded to the Appellate Court for reconsideration in light of this court's decision in *Szudora* v. *Fairfield,* 214 Conn. 552.

*Serge G. Mihaly,* in support of the petition.

Decided June 7, 1990